IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOME DESIGN SERVICES, INC.,
    Plaintiff,

vs.                                    CASE NO.: 3:09cv65/MCR/MD

SEA BREEZE CONSTRUCTION OF
NORTH FLORIDA, INC., and LEON
SEKUNDA, JR.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 29, 2009.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's motion to voluntarily dismiss (doc. 43) is GRANTED and this case is DISMISSED WITH PREJUDICE, with each side to bear its own attorney's fees, if any, and costs.

    DONE AND ORDERED this 3rd day of December, 2009.

                                      *s/ M. Casey Rodgers*
                                      M. CASEY RODGERS
                                      UNITED STATES DISTRICT JUDGE